# SEALED

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

2014 FEB -6 PM 1:17

WILLIAM LEVINS
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 14-22 |
| v. | * | SECTION: |
| PETER M. HOFFMAN | * | SECT. F  MAG. 3 |
| MICHAEL P. ARATA | | |

* * *

## MOTION AND INCORPORATED MEMORANDUM TO SEAL INDICTMENT

**NOW INTO COURT** comes the United States of America, appearing herein through the undersigned Assistant United States Attorney to move this Honorable Court to seal the indictment and the attached papers in the above-captioned case. Publication of the foregoing documents could prejudice an ongoing investigation of this matter and the government requests that the documents remain sealed until defendant Hoffman is arrested.

The Government requests that prior to sealing, a certified copy of the indictment be provided to the United States Attorney's Office for the Eastern District of Louisiana.

New Orleans, Louisiana, this 6th day of February, 2014.

Respectfully,

KENNETH ALLEN POLITE, JR.
UNITED STATES ATTORNEY

G. DALL KAMMER
Assistant United States Attorney
Bar Roll No. 26948
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Phone: (504) 680-3168
dall.kammer@usdoj.gov

Fee_____
Process_____
X Dktd_____
___ CtRmDep_____
___ Doc. No._____