2014 FEB -7 PM 2:11

WILLIAM W. LEVINS
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO.: 14-22 |
| v. | * | SECTION: F |
| PETER M. HOFFMAN<br>MICHAEL P. ARATA | * | |

\* \* \*

## MOTION AND INCORPORATED MEMORANDUM
## TO UNSEAL INDICTMENT AND ARREST WARRANT

**NOW INTO COURT** comes the United States of America, appearing herein through the undersigned Assistant United States Attorney to move this Honorable Court to unseal the indictment and the attached papers in the above-captioned case. Defendant Peter Hoffman is aware of the indictment and is making arrangements to turn himself in to the FBI in Miami, Florida. Considering this, there is no longer a need for the indictment or arrest warrant to be sealed.

Respectfully,

KENNETH ALLEN POLITE, JR.
UNITED STATES ATTORNEY

_____
G. DALL KAMMER
Assistant United States Attorney
Bar Roll No. 26948
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Phone: (504) 680-3168
dall.kammer@usdoj.gov

___ Fee_____
___ Process____
_X_ Dktd_____
___ CtRmDep__
___ Doc. No.___