UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO.: 14-22 |
| v. | * | SECTION: F |
| PETER M. HOFFMAN<br>MICHAEL P. ARATA | * | |

\* \* \*

### ORDER

Having considered the motion of the United States to unseal the indictment, arrest warrant, and the Motion and Order to Seal,

**IT IS HEREBY ORDERED** that the Clerk of Court for the Eastern District of Louisiana unseal the indictment and arrest warrant in the above-captioned matter and this motion and order to seal.

New Orleans, Louisiana, this 7th day of February, 2014

_____
UNITED STATES MAGISTRATE JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____