UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 14-0022 |
| VERSUS | SECTION F (3) |
| PETER M. HOFFMAN<br>MICHAEL P. ARATA | VIOLATION: 18 U.S.C. 371<br>18 U.S.C. 1343<br>18 U.S.C. 2 |

NOTICE OF  <u>TRIAL AND PRE-TRIAL CONFERENCE</u>

Take Notice that this criminal case has been set for TRIAL on APRIL 21, 2014 at 9:00 A.M., before JUDGE MARTIN L.C. FELDMAN, Courtroom C551*, 500 POYDRAS ST., New Orleans, LA 70130. A FINAL PRE-TRIAL CONFERENCE is set for APRIL 3, 2014 at 1:30 P.M.

**IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING**

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

| | |
|---|---|
| DATE: FEBRUARY 14, 2014 | WILLIAM W. BLEVINS, CLERK<br>by:  <u>CHARLES A. ARMOND</u><br>     Deputy Clerk |
| TO: | |
| PETER M. HOFFMAN<br>  JASON WILLIAMS - RET | U.S. Attorney: G. DALL KAMMER |
| | U.S. Marshal |
| MICHAEL P. ARATA<br>  WILLIAM P. GIBBENS - RET<br>  EDWARD J. CASTAING, JR. - RET | U.S. Probation Office |
| | U.S. Probation Office -  Pretrial Services Unit |
| | FBI: SA ROBERT BLYTHE |
| | **JUDGE        MAGISTRATE** |
| | COURT REPORTER COORDINATOR<br>INTERPRETER: |
| | ( ) YES <u>                    </u><br>(X) NO Language and/or Dialect |

**If you change address, notify
Clerk of Court by phone,
(504) 589-7685**