MINUTE ENTRY
DUVAL, J.
FEBRUARY 13, 2014

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 14-022 |
| PETER M HOFFMAN | SECTION: F |

A hearing to perfect bond was held this date before District Judge Stanwood R. Duval, Jr.

PRESENT:   Dall Kammer, Asst. U.S. Attorney
Jason Williams, Defendant
Jim Lamy, Pretrial Services Officer

Bond was previously set at $200,000.00 property or cash with a 10% deposit into the Registry of the Court and personal surety of the remaining balance.

On this date, $20,000.00 belonging to the surety Gregory Curtis was deposited into the Registry of the Court (receipt attached). Gregory Curtis was sworn and signed the bond in the amount of $180,000.00 personal surety for a total of bond $200,000.00.

The conditions of bond are: 1) report to U.S. Pretrial Services (PTS); 2) travel restricted to the Eastern Districts of Louisiana and the Central District of California with travel throughout the Continental U.S. to be approved by PTS; 3) refrain from possessing firearms or dangerous weapons; 4) surrender passport to PTS; 5) not obtain a passport or other international travel document; 6) avoid all contact with witnesses and co-defendants except through attorneys, and do not discuss case related matters with any potential witnesses except in the presence of your attorney; and 7) report every contact with any law enforcement personnel to PTS.

The bond papers were executed and the defendant was released on bond.

_____
STANWOOD DUVAL, JR. U.S. DISTRICT JUDGE

JS-10:  00:11

CLERK TO NOTIFY:
U.S. ATTORNEY, PRE-TRIAL SERVICES,
U.S. MARSHAL, ATTORNEY FOR DEFENDANT,
DEFENDANT