UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


UNITED STATES OF AMERICA                    CRIMINAL ACTION

VERSUS                                      NO.  14-0022

PETER HOFFMAN                               SECTION: F(3)
MICHAEL P. ARATA
SUSAN HOFFMAN


## ORDER

The Court finds, pursuant to Title 18, United States Code, Section 3161(h)(7), that failure to grant a continuance in this proceeding will result in a miscarriage of justice and that the continuance best serves the interest of justice for all parties and that the ends of justice outweigh any interest of the public and the defendant in obtaining a speedy trial; it is specifically found that the parties need additional time to complete the discovery process, and for the parties to otherwise prepare for trial.

IT IS HEREBY ORDERED that the pre-trial conference is continued until  January 5, 2015  at  10:30 a.m.  and the trial is continued until  January 20, 2015  at  9:00 a.m. .

New Orleans, Louisiana this 24th day of     April    , 2014.


HONORABLE MARTIN L.C. FELDMAN
UNITED STATES DISTRICT JUDGE