UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Case No. 2:14-CR-00022 |
| | * | |
| PETER M. HOFFMAN, | * | Section F |
| MICHAEL P. ARATA, and | * | |
| SUSAN HOFFMAN | * | |
| Defendants | * | |

## ORDER GRANTING PETER HOFFMAN'S UNOPPOSED MOTION FOR AMENDMENT OF CONDITIONS OF RELEASE

Considering the foregoing motion, the reasons set forth therein:

The Court finds, pursuant to 18 U.S.C. §3145(a)(2), that Peter Hoffman's conditions of release should be amended.

**IT IS ORDERED** that Peter Hoffman's conditions of release be amended and the secured appearance bond executed by Gregory Curtis in the amount of $200,000 shall be canceled and the cash payment of $20,000 shall be returned to him and Peter Hoffman will sign an unsecured $100,000 appearance bond. Peter Hoffman and Susan Hoffman are allowed to discuss matters unrelated to this case without presence of counsel.

New Orleans, Louisiana, this 16th day of May, 2014.

_____
United States Magistrate Judge

#4541408.1