## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **versus** | **NO. 14-0022 F (3)** |
| **PETER HOFFMAN,**<br>**MICHAEL P. ARATA AND**<br>**SUSAN HOFFMAN** | |

## ORDER

The order entered by the undersigned granting Peter Hoffman's unopposed Motion for Amendment of Conditions of Release, rec. doc. 77, was inadvertent.  Rather, the Motion to Continue the Hearing, rec. doc. 76 was intended to be granted.  Accordingly, the Clerk is **Ordered** to strike rec. doc. 77 from the record.

New Orleans, Louisiana, this 16th day of May 2014.

_____
**SALLY SHUSHAN**
**UNITED STATES MAGISTRATE JUDGE**