# EXHIBIT 2

SEVEN ARTS

ESPLANADE STUDIOS

New Orleans, 70116

SIXTEEN19

NEW YORK · LOS ANGELES · LONDON

# THE HISTORY OF 807 ESPLANADE

This three-story Greek Revival townhouse was built for Captain William Whann in 1859 by the firm Little and Middlemiss. It cost $18,750.

Before Whann's house was erected, however, a smaller, more modest house was on the site. It was owned by Judah P. Benjamin, a trusted advisor to Jefferson Davis, president of the Confederacy.

In his contract with the builders, Whann stipulated that the front steps, sills and lintels of the entire house were to be of the "best Quincy granite." He ordered stairs with "handrails of mahogany, handsomely moulded and mounted on fancy turned mahogany balusters." Whann also insisted the fireplaces in the parlor have marble mantles. Hot and cold running water was required in the bathroom and kitchen.

The house included wine rooms, store rooms, wood and coal houses, gas pipes with burners, bells with pulls, a 5,000-gallon cistern and a water hydrant that connected with the local commercial water works.

Its twin used to be across the street on the corner of Bourbon Street and Esplanade Avenue. That house was erected by William Montgomery, who also built the common-wall townhouses at 810 and 812 Esplanade Ave. The twin house was demolished after 1900.

In 1866 the home was purchased by August Bohn and then was owned by Leon Impastato, a French Quarter landowner

In 2007 the long abandoned site was bought by Seven Arts and a group of investors who had a vision to turn the beautiful, history site into the state of the art, yet meticulously and sympathetically restored facility there today.



SIXTEEN19
NEW YORK · LOS ANGELES · LONDON

SEVEN ARTS

# ESPLANADE STUDIOS POST PRODUCTION FACILITY

## Esplanade Studios Management

Chief Operating Officer of Seven Arts Entertainment Inc., Kate Hoffman and Managing Partner of Sixteen19 Pete Conlin will jointly oversee the management of 807 Esplanade and in-house staff will run the day to day operation.

## About Seven Arts Entertainment Inc.:

Seven Arts Entertainment Inc. is the successor to Seven Arts Pictures Plc, which was founded in 2002 as an independent motion picture production and distribution company engaged in the development, acquisition, financing, production and licensing of theatrical motion pictures for exhibition in domestic (i.e., the United States and Canada) and foreign theatrical markets, and for subsequent worldwide release in other forms of media, including home video and pay and free television.

## About Sixteen19

Sixteen19 is a global production services company specializing in digitally acquired productions. They have offices in New York, London and Los Angeles. Their creative division has won 10 Emmy Awards for commercial and promotional editorial. They have worked on such movies as Men in Black 3, Taken 2 and Twilight: Breaking Dawn Part 1 and part 2

### Services offered by the facility:

- Editorial suites and production office space
- Residences for artists and technical staff
- Digital dailies (daily digitally formatted footage shot during the day of production)
- Sound mixing and digital intermediate picture finishing
- Additional dialogue and music recording

SIXTEEN19
NEW YORK · LOS ANGELES · LONDON

SEVEN ARTS

# PAST / CURRENT PROJECTS AT ESPLANADE STUDIOS

SIXTEEN19
NEW YORK · LOS ANGELES · LONDON

SEVEN ARTS

# SWEETWATER

## About the project

Feature film

**Genre:** Western

**Director:** Logan Miller and Noah Miller

**Cast:** Ed Harris, January Jones, Jason Isaacs

**Production Company:** Kickstart Productions

Entered in the Sundance Film Festival 2013

## Plot outline

In the late 1800s, a fanatical religious leader, a renegade Sherriff, and a former prostitute collide in a blood triangle on the rugged plains of the New Mexico Territory

## Facilities / services used at Esplanade Studios

Editorial suite

Director residences

Editor residence

## Time spent Esplanade Studios

15th August 2012 – 21st November 2012

SIXTEEN19  NEW YORK · LOS ANGELES · LONDON

SEVEN ARTS

# RANSOM

**About the project**

Feature film

**Genre:** Horror

**Director:** Oliver Blackburn

**Cast:** Ashley Greene, Lucas Till

**Production Company:** The Weinstein Company

**Plot outline :**

When a college girl who is alone on campus over the Thanksgiving break is targeted by a group of outcasts, she must conquer her deepest fears to outwit them and fight back

**Facilities / services used at Esplanade Studios:**

Digital Dailies

**Time spent at Esplanade Studios**

26th November 2012 – 18th January 2013

SIXTEEN19 NEW YORK · LOS ANGELES · LONDON

SEVEN ARTS

## CBS SPORTS



### About the project

807 Esplanade will provide production support to CBS for this year's Super Bowl game to be held on February 4th in New Orleans

### Facilities / services used at Esplanade Studios:

Editorial suite

Digital Dailies Production Office Space

### Time spent at Esplanade Studios

25th January 2013 – 4th February 2013



SUPER BOWL XLVII NEW ORLEANS 2013

SIXTEEN19  NEW YORK · LOS ANGELES · LONDON

SEVEN ARTS

# HBO TRUE DETECTIVES

**About the project**

HBO television drama series

**Genre:** Crime / derma

**Series director:** Cary Fukunaga

**Cast:** Matthew McConaughey, Woody Harrelson, Michelle Monaghan

**Production Company:** HBO

**Plot outline:**

Two detectives, Rust Cohle (McConaughey) and Martin Hart (Harrelson), lives become entangled during a 17-year hunt for a serial killer in Louisiana.

**Facilities / services used at Esplanade Studios:**

Editorial Suites

Digital Dailies Delivery

Production Office Space

Residence

**Time at Esplanade Studios**

21st January 2013 – late June 2013

2 additional editorial suites will be required from mid March 2013- late June 2013



SIXTEEN19
NEW YORK • LOS ANGELES • LONDON

SEVEN ARTS

# PROJECTS PENDING

- ADR services for HBO's True Detectives
- Picture finishing services for HBO's True Detectives
- Planet of the Apes – Digital Dailies
- Planet of the Apes – Editorial Suites
- Untitled project for April 2013 – 4 x residences and 1 x Editorial Suite

SIXTEEN19
NEW YORK · LOS ANGELES · LONDON

SEVEN ARTS
LONDON

# ESPLANADE STUDIOS - EXTERIOR





SIXTEEN19 — NEW YORK • LOS ANGELES • LONDON

SEVEN ARTS

## ESPLANADE STUDIOS - INTERIOR








SIXTEEN19 — NEW YORK · LOS ANGELES · LONDON

SEVEN ARTS



# EDITORIAL / DIGITAL DAILIES / PRODUCTION SUITES








