UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 14-22** |
| **v.** | * | **SECTION: F** |
| **PETER M. HOFFMAN** | * | |
| **MICHAEL P. ARATA** | | |
| **SUSAN HOFFMAN** | * | |

\* \* \*

## UNOPPOSED MOTION TO WITHDRAW GOVERNMENT'S MOTION FOR HEARING INTO POTENTIAL CONFLICTS OF INTEREST

On May 22, 2014, the government filed a motion requesting that this Court conduct a hearing into potential conflicts of interest regarding attorneys Jason Williams and Nicole Burdett. (Rec. Doc. 89). The hearing on that motion is set for July 16, 2014.

Since that motion was filed, attorneys Jason Williams and Nicole Burdett have withdrawn as counsel of record for Peter Hoffman. Considering this, there is no longer a need for a hearing to be conducted.

Accordingly, the government requests that its motion be withdrawn.

Respectfully submitted,

KENNETH ALLEN POLITE, JR.
UNITED STATES ATTORNEY

s/ G. Dall Kammer
G. DALL KAMMER
Assistant United States Attorney
Bar Roll No. 26948
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Telephone: (504) 680-3168
Email: dall.kammer@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2014, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all defense counsel of record.

                                        s/ G. Dall Kammer
                                        G. DALL KAMMER
                                        Assistant United States Attorney