# UNGLESBY
# LAW FIRM
TRIAL ATTORNEYS

LEWIS O. UNGLESBY ♦
LANCE C. UNGLESBY
LOGAN H. GREENBERG

December 17, 2014

*Via Email*

Dall Kammer
Assistant US Attorney
United States Attorney's Office
650 Poydras Street, Suite 1600
New Orleans, LA 70130

Re: *United States v. Hoffman, et al;*
Case No. 2:14-CR-00022

Dear Dall:

Pursuant to the Scheduling Order of this Court [Dkt. 176], Defendant Peter Hoffman provides the following summary. Mr. Hoffman reserves the right to supplement, revise and expand such opinions and the bases and reasons thereof upon completion of discovery, including production of *Brady, Jericho and Giglio* materials on or before January 12, 2015, upon review of any expert testimony offered by the government or other Defendants and by reason of information, legal material and other matters discovered or received after December 12, 2014. Mr. Hoffman does not now specifically identify the experts he intends to utilize as these persons may change for the reasons set forth above. Furthermore, Mr. Hoffman reserves the right to remain silent, not present a defense, or present a limited defense. Mr. Hoffman does not by this summary waive these rights.

Mr. Hoffman intends to utilize one attorney and one certified public accountant, both specializing in Louisiana and Federal tax law, regulations and practice. Each expert will have in excess of 10 (ten) years of professional experience in these fields.

The experts to be utilized by Mr. Hoffman are expected to offer the following opinions:

A.  Non-Refundable cash payment is not a requirement for an application for

246 NAPOLEON STREET
BATON ROUGE, LOUISIANA 70802
(225) 387-0120  FAX (225) 336-4355
unglesbylaw.com
Offices in Baton Rouge and New Orleans, LA

♦ Board Certified – Criminal Trial Law: National Board of Trial Advocacy
Board Certified – Civil Trial Law: National Board of Trial Advocacy
American Board of Trial Advocates
Litigation Counsel of America

GOVERNMENT
EXHIBIT
B



**UNGLESBY LAW FIRM**
TRIAL ATTORNEYS

LEWIS O. UNGLESBY ♦
LANCE C. UNGLESBY
LOGAN H. GREENBERG

        certification of "base investment" under the Film Tax Credit Statute, which may result in transferrable Infrastructure Tax Credits. A certification of "base investment" or a request therefore is not a claim for receipt of transferable tax credits, which is a separate decision within the discretion of LED until completion of the relevant project.

B.    No taxpayer would have fair warning that an application for certification of "base investment," including related party expenditures, without non-refundable cash payments was improper.

C.    The LED Regulations issued after the First and Second Audit Reports (as defined in the Motion To Dismiss) would not affect the validity of any application for certification of "base investment" made before the issuance of the LED Regulations.

D.    The Related Party Regulations do not apply to the First Audit Report, Second Audit Report and Silva Audit Report. The Related Party Regulations do not require any particular form of cash payment of related party expenditures. Payment of related party expenditures by loans from affiliates are not prohibited by the Related Party Regulations.

E.    The Historic Rehab Regulations are applicable to the expenditures claimed in the three Audit Reports at issue and do not require non-refundable cash payments to make claims for qualifying Federal or Louisiana historic rehabilitation expenditures.

F.    Use of formal tax planning steps, including formal cash transfers, are common devices used to claim tax benefits.

G.    Generally accepted tax accounting principles do not require non-refundable cash payments to accrue an expenditure for tax purposes, whether from a related party or any other party.

        The experts may also give testimony as summary witnesses, in accordance with Federal Rule of Evidence 1006, as to a summary of the publicly filed documents for other projects and applicants. The summary may contain the fact that the LED has approved various and numerous forms of cash equivalent.

246 NAPOLEON STREET
BATON ROUGE, LOUISIANA 70802
(225) 387-0120   FAX (225) 336-4355
unglesbylaw.com
Offices in Baton Rouge and New Orleans, LA

♦ Board Certified – Criminal Trial Law: National Board of Trial Advocacy
Board Certified – Civil Trial Law: National Board of Trial Advocacy
American Board of Trial Advocates
Litigation Counsel of America



**UNGLESBY**
**LAW FIRM**
TRIAL ATTORNEYS

LEWIS O. UNGLESBY ♦
LANCE C. UNGLESBY
LOGAN H. GREENBERG

    The bases for the experts' opinions are publicly-filed documents, as well as private communications, which have been provided to the government during discovery.

    We reserve the right to have any of the above changed, modified, deleted or supplemented, based on additional documents that are being discovered, our continuing investigation, and testimony and evidence presented by the government at trial.

Sincerely,

*s/ Lance C. Unglesby*

Lance C. Unglesby

246 NAPOLEON STREET
BATON ROUGE, LOUISIANA 70802
(225) 387-0120   FAX (225) 336-4355
unglesbylaw.com
Offices in Baton Rouge and New Orleans, LA

♦ Board Certified – Criminal Trial Law: National Board of Trial Advocacy
   Board Certified – Civil Trial Law: National Board of Trial Advocacy
   American Board of Trial Advocates
   Litigation Counsel of America