

SCHONEKAS
EVANS
McGOEY &
McEACHIN, LLC

William P. Gibbens
504.680.6065
Billy@semmlaw.com

December 10, 2014

**VIA EMAIL AND U.S. MAIL**
Dall Kammer, Esq.
United States Attorney's Office
Eastern District of Louisiana
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130

                Re:    *USA v. Peter M. Hoffman, Michael P. Arata, and Susan Hoffman*
                       U.S.D.C., EDLA No. 14-CR-22

Dear Dall:

      In your opposition to Mr. Arata's motion to sever, you attached a memorandum dated September 10, 2013 outlining your position on Mr. Arata's status on that date. For a number of reasons, the government's position on Mr. Arata's status leading up to the proffer session on January 27, 2014 is an important issue both with respect to Mr. Arata's motion for severance and the government's motion to vitiate the proffer agreement. Accordingly, we request any additional memoranda about Mr. Arata or drafts of the indictment dated prior to the proffer session on January 27, 2014. We also request the substance of any statements made by the government prior to January 27, 2014 about Mr. Arata's status to any members of Mr. Arata's family, in particular his sister, ▮▮▮▮▮▮▮, or his brother-in-law, ▮▮▮▮▮▮▮.

      In addition, we request any memoranda or notes indicating that the substance of the statements charged in Counts 22 through 25 of the indictment had been provided to the government prior to the proffer on January 27, 2014.

      Finally, pursuant to <u>Brady</u> and <u>Giglio</u>, we request the following:

      1)    Any communication between federal or state law enforcement agency and any cooperating witnesses and/or their counsel related to any benefits offered to or provided as part of participation in this case, including but not limited to non-prosecution or reduction of state or federal criminal charges. This request includes but is not limited to ▮▮▮▮▮▮▮.

      2)    Any documents relating to the psychiatric and/or psychological treatment of any government witness, including but not limited to all records related to the voluntary or involuntary commitment of any government witness to any treatment facility for psychiatric and/or psychological treatment, or any records related to treatment for drug and/or alcohol addiction, including the



GOVERNMENT
EXHIBIT
C

Dall Kammer, Esq.
December 10, 2014
Page 2

names of the facilities where treatment occurred. This request includes but is not limited to ▮▮▮▮▮ and ▮▮▮▮▮.

    3)    Any notes or reports containing exculpatory or favorable information to Mr. Arata from the government's interviews of any witnesses.

    With kind regards, I remain

                Sincerely,

                Billy Gibbens

WPG/tlb
cc:    Mr. Michael Reese-Davis