UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>PETER HOFFMAN<br>MICHAEL ARATA<br>SUSAN HOFFMAN | CRIMINAL CASE NO. 14-022<br><br>SECTION: "F" |

## MEMORANDUM IN SUPPORT OF
## MOTION TO MODIFY SUBPOENA DUCES TECUM

Undersigned counsel for the Louisiana Division of Administration (DOA) is not aware that the DOA has been served with the subpoena duces tecum. Alternatively, mover adopts the "Memorandum In Support of Motion to Modify Subpoena Duces Tecum" submitted on behalf of the Louisiana Department of Economic Development (LED) and is working with LED in responding to the subpoena duces tecum.

Respectfully submitted, on behalf of:
LOUISIANA DIVISION OF ADMINISTRATION
s/ Carlos A. Romanach
La. Bar Roll No. 21061
Staff Attorney
1201 N. 3rd Street, Ste. 7-270
Baton Rouge, Louisiana 70802
Telephone: (225)342-7154
Email: carlos.romanach@la.gov

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2015 I electronically filed the foregoing with the Clerk of Court through the CM/ECF system which will send a notice of electronic filing to all counsel of record.

s/ Carlos A. Romanach
La. Bar Roll No. 21061
Staff Attorney
Louisiana Division of Administration