UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| v. | NO. 14-022 |
| PETER M. HOFFMAN,<br>MICHAEL P. ARATA,<br>SUSAN HOFFMAN | SECTION "F" |

ORDER

Before the Court is the defendants' motion to dismiss second superseding indictment pursuant to Federal Rules of Criminal Procedure 6(e)(3)(E)(ii) and 12(b)(3)(A)(v), presently noticed for submission on April 1, 2015. IT IS ORDERED: that, within 24 hours of this Order, the government must submit for *in camera* review its instructions to the grand jury; alternatively, the government must file into the record a statement confirming that it did not instruct the grand jury that the tax credit program was limited to cash-only expenditures along with any additional briefing it believes will advance resolution of the issue presented by the defendants' motion. IT IS FURTHER ORDERED: that the submission date on the motion to dismiss is hereby continued to Monday, April 6, 2015, on the papers.

New Orleans, Louisiana, March 31, 2015

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE

1