```
MINUTE ENTRY
FELDMAN, J.
APRIL 13, 2015
JS10 - 06:35
```

                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA


UNITED STATES OF AMERICA                    CRIMINAL ACTION

VERSUS                                      NUMBER: 14-0022

PETER M. HOFFMAN                            SECTION: "F"
MICHAEL P. ARATA
SUSAN HOFFMAN


                           **JURY TRIAL**
                             DAY 1

CASE MANAGER:    Charles A. Armond
COURT REPORTER:  Toni Tusa

APPEARANCES:     Dall Kammer, Chandra Menon and James S. Baehr,
                 Counsel for the Government
                 Lance C. Unglesby and Milton P. Masinter, Counsel
                 for defendant Peter M. Hoffman
                 William P. Gibbens and Michael R. Davis Counsel
                 for defendant Michael P. Arata
                 Patrick J. Fanning, Counsel for defendant Susan
                 Hoffman

Court begins at 9:30 a.m.
Case called.
All present and ready.
Counsel makes appearances for record.
The jury panel is sworn on voir dire and questioned.
The jury is selected, sworn and instructed.
Witnesses Melanie Haggerty, Robert Blythe and Carla Bonaventure
sworn and sequestered.
Stipulation signed by Counsel as to trial exhibits, accepted into
the record.
Motion for Real Estate Viewing; Denied
Motions in Limine to Exclude Certain Defense Arguments and
Evidence; Denied
Motion to Exclude Expert Testimony; Granted in part
Court recessed at 12:30 p.m. and resumed at 1:50 p.m.
Motion to Exclude Statements of Arata; Denied
Motion concerning Interstate Commerce; Deferred

```
Pretrial instruction given to the jury.
Opening statements.
Government's witnesses:  Carla Bonaventure: testified.
                         John Devay: sworn and testified.
                         Leo Duvernay: sworn and testified.
Matter continued until April 14, 2015.
Court Adjourned at 5:40 p.m.
Notice for Removal of Exhibits given to counsel. (attached)
```