UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 14-0022 |
| PETER M. HOFFMAN<br>MICHAEL P. ARATA<br>SUSAN HOFFMAN | SECTION: "F" |

### ORDER

In order to comply with a general request from the Clerk of the United States Court of Appeals,

**IT IS ORDERED** that within 14 days of completion of the Trial held April 13, 2015 - April 27, 2015 counsel for each party must deliver to the Case Manager **two (2)** sets of compact discs containing scanned copies of the exhibits admitted at the trial.

New Orleans, Louisiana, this 28th day of April, 2015.

_____
MARTIN L.C. FELDMAN
UNITED STATES DISTRICT JUDGE