UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. 2:14-CR-00022 |
| | : | |
| Plaintiff, | : | JUDGE MARTIN L.C. FELDMAN |
| | : | |
| | : | |
| VERSUS | : | |
| | : | |
| MICHAEL ARATA, PETER HOFFMAN, SUSAN HOFFMAN, | : | |
| | : | |
| Defendants. | : | |

## MOTION TO WITHDRAW COUNSEL OF RECORD

Respondent, Louisiana Department of Economic Development ("LED"), files this Motion to Withdraw Leu Anne Lester Greco (Bar Roll #6709) as Counsel of Record.  Mrs. Greco is no longer Executive Counsel of LED and works for an unrelated entity.  LED seeks to withdraw her as counsel of record in this matter.  Remaining counsel of record for LED, Andree Matherne Cullens [Doc. 402] and John DiGiulio [Doc. 708], are aware of all deadlines and pending court appearances in this case.

As required by Local Rule 83.2.11, LED continues to have counsel of record enrolled in the matter and no additional contact information for LED is required.  Please also remove Mrs. Greco from the ECF notice system.

Respectfully submitted,

TAYLOR, PORTER, BROOKS & PHILLIPS L.L.P.

**/s/ Andrée Matherne Cullens**

By:  Andrée Matherne Cullens, Bar# 23212
450 Laurel Street, 8th Floor (70801)
P.O. Box 2471
Baton Rouge, LA 70821-2471
Telephone:  (225) 387-3221
Facsimile:   (225) 346-8049
Email:  andree.cullens@taylorporter.com

John E. DiGiulio, Bar #04941
Manasseh, Gill, Knipe & Belanger, P.L.C.
8074 Jefferson Highway
Baton Rouge, LA 70802
Telephone:  225-383-9703
Facsimile:  225-383-9704
Email:  john.digiulio@manasehandgill.com

*Attorneys for Louisiana Department of*
*Economic Development*

<u>CERTIFICATE</u>

The undersigned hereby certifies that a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF System.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

Baton Rouge, Louisiana, September 13, 2017.

**/s/ Andree Matherne Cullens**
Andrée Matherne Cullens