UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| V. | NO. 2:14-CR-00022 |
| **PETER M. HOFFMAN,** | |
| **MICHAEL K. ARATA, and** | |
| **SUSAN HOFFMAN** | **SECTION: "F"** |

### LOUISIANA DIVISION OF ADMINISTRATION'S RESPONSE TO PETER AND SUSAN HOFFMAN'S RENEWED MOTION AND APPLICATION FOR AN ORDER TO SHOW CAUSE AND LIMITED DISCOVERY AND EVIDENTIARY HEARING

**NOW INTO COURT**, through undersigned counsel, comes Louisiana Division of Administration ("LDA"), who in response to Peter and Susan Hoffman's Renewed Motion and Application for an Order to Show Cause and Limited Discovery and Evidentiary Hearing [Dkt. 815] respectfully submits that it should not be held in contempt for the reasons below.

The Hoffmans' motion seeks to have this Court hold in contempt the Louisiana Department of Economic Development ("LED"), LDA, and OIG for their failure to produce documents in the possession of the OIG. LDA hereby re-submits its showing of its efforts to produce documents in the possession of the Office of the Inspector General ("OIG"), and submits that LDA does not control, statutorily or otherwise, the OIG.

On August 30, 2017, LDA filed with this Court LDA's Explanation of its Search Methods [Dkt. 773]. LDA hereby re-submits its explanation with respect to its efforts to obtain information from OIG, specifically as follows:

<u>Records Requested From OIG</u>

On or about March 24, 2017, with LDA's knowledge and input, LED requested various types of records from the Louisiana Office of the Inspector General ("OIG"). LDA Exhibit 1. On or about May 31, 2017, OIG produced to Harry Rosenberg, William Gibbens, and LED a disk containing the documents OIG obtained in connection with an investigation of motion picture tax credit submissions by subsidiaries of Horizon Entertainment Productions, LLC in connection with the productions known as *The Sean Payton Show* and *Saintsational*. LDA Exhibit 2.

LED sent OIG a copy of this Court's Judgment of August 11, 2017. [Dkt. 767]. LDA has no control over OIG.

[DKT. 773].

Furthermore, Louisiana law does not extend LDA any control over OIG because OIG is in the Governor's Office and is not part of LDA. As further proof of such, OIG is authorized to investigate executive branch agencies, including LDA.

Louisiana Revised Statute 36:4(I) provides that, "The office of the state inspector general, as more specifically provided in R.S. 49:220.21 et seq., shall be placed within the office of the governor." La. R.S. 36:4(I). Additionally, the statutory provisions delineating the authority of the OIG provide that the OIG is independent and authorized to investigate "covered agencies", which include LDA:

**§220.21. Office of the state inspector general; policy and purpose**

A. The prevention and detection of waste, inefficiencies, mismanagement, misconduct, abuse, fraud, and corruption in all departments, offices, agencies, boards, commissions, task forces, authorities, and divisions of the executive branch of state government as specifically provided in Title 36 of the Louisiana Revised Statutes of 1950, all hereinafter referred to in this Part collectively as "covered

agencies" and individually as "covered agency", is an important responsibility of the state.

      B.  In view of the responsibility of the state, it is the purpose of this Part to establish an independent office of the state inspector general in the office of the governor to examine and investigate the management and affairs of covered agencies.

LDA is listed under Title 36 as an agency in the governor's office of the executive branch of state government.  La. R.S. 36:4(B)(1)(a).  As such, LDA is a "covered agency" under the investigative authority of the OIG.  Consequently, under Louisiana law, LDA has no control over OIG.

For these reasons, LDA respectfully submits it should not be held in contempt.

      Respectfully submitted, on behalf of:

      LOUISIANA DIVISION OF ADMINISTRATION

      s/ *Carlos A. Romanach*
      **Carlos A. Romanach**
      La. Bar Roll No. 21061
      Staff Attorney
      Division of Administration
      Office of General Counsel
      1201 N. 3rd Street
      Baton Rouge, Louisiana 70802
      Telephone: (225)342-7154
      Facsimile:  (225)219-7572
      Email: *carlos.romanach@la.gov*

**CERTIFICATE OF SERVICE**

     I hereby certify that on July 16, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                               s/ *Carlos A. Romanach*
                               **Carlos A. Romanach**
                               La. Bar Roll No. 21061
                               Staff Attorney
                               Division of Administration
                               Office of General Counsel
                               1201 N. 3rd Street
                               Baton Rouge, Louisiana 70802
                               Telephone: (225) 219-4480
                               Facsimile: (225) 219-7572
                               Email: carlos.romanach@la.gov