```
                    UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF LOUISIANA


UNITED STATES OF AMERICA                           CRIMINAL ACTION


v.                                                 NO. 14-022


PETER M. HOFFMAN, ET AL.                           SECTION F
```

ORDER

The U.S. Probation Office has now submitted its revised Presentencing Investigation Reports for Peter Hoffman and Michael Arata.  To ensure that the Court calculates the correct guidelines ranges -- the starting point for procedurally correct resentencing -- and to enable the Court to fashion substantively reasonable sentences, counsel shall have an opportunity to submit any motions or sentencing memoranda; to file briefs addressing the scope of the Fifth Circuit's mandate on remand; to file objections addressing the calculation of the guidelines ranges proposed by the U.S. Probation Office; and to present argument supported by case literature and evidence in support of an appropriate and reasonable sentence.  Additionally, given that post-offense and post-sentencing conduct is a relevant sentencing consideration, the U.S. Probation Office must submit reports detailing each

1

defendant's post-sentencing conduct while on probation. The defendants may also submit evidence regarding their post-sentencing conduct.

In addition to the Presentence Investigation Reports, before the Court are several motions: (1) Susan and Peter Hoffman's renewed motion and application for order to show cause and limited discovery and evidentiary hearing; (2) Peter Hoffman's motion for an evidentiary hearing on sentencing related issues; (3) Michael Arata's motion for leave to take deposition of Agent Boulton; and (4) Susan Hoffman's and Michael Arata's renewed motion to vacate order of forfeiture. The defendants request oral argument on each of these motions.

IT IS ORDERED: that the resentencing hearing for Peter Hoffman and Michael Arata set for October 9, 2019 is hereby continued to January 8, 2020, at 1:30 p.m. IT IS FURTHER ORDERED: that any motions, objections, sentencing memoranda, as well as reports on post-sentencing conduct must be submitted no later than October 30, 2019. IT IS FURTHER ORDERED: that the hearing on Peter Hoffman's motion for an evidentiary hearing on sentencing issues, Susan Hoffman's and Michael Arata's renewed motion to vacate the order of forfeiture, the motion for an order to show cause, and the motion for leave to take Agent Boulton's deposition, is hereby

continued to November 20, 2019, the requests for oral argument are GRANTED, and the motions will be heard at 10:30 a.m.

New Orleans, Louisiana, October 3, 2019

MARTIN L.C. FELDMAN
U.S. DISTRICT JUDGE