UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| v. | NO. 14-022 |
| PETER M. HOFFMAN, ET AL. | SECTION F |

ORDER

Before the Court is the defendants' motion to vacate convictions regarding Brady violations. Oral argument has been requested. IT IS ORDERED: that the request for oral argument is GRANTED, and the hearing on the motion is continued to March 25, 2020 at 10:00 a.m., unless otherwise ordered.

New Orleans, Louisiana, February 13, 2020

MARTIN L.C. FELDMAN
U.S. DISTRICT JUDGE

1