UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| v. | NO. 14-022 |
| PETER M. HOFFMAN, ET AL. | SECTION F |

<u>ORDER</u>

IT IS ORDERED: that the hearing on the defendants' motions to vacate convictions (Rec.Docs. 897, 929) and on the motions for enforcement of discovery orders (Rec.Docs. 918, 927), presently set for August 26, 2020, is hereby continued to 1:30 p.m. on November 4, 2020.

New Orleans, Louisiana, August 14, 2020

*[signature: Martin L.C. Feldman]*

MARTIN L.C. FELDMAN
U.S. DISTRICT JUDGE