UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| v. | NO. 14-022 |
| PETER M. HOFFMAN, ET AL. | SECTION F |

ORDER

Before the Court is Peter Hoffman's motion to continue self-surrender date. The government defers to the Court regarding the request to continue.

Considering the unopposed request that the Court continue his self-surrender date, in light of the ongoing public health emergency presented by the COVID-19 pandemic and considering Mr. Hoffman's age and health risks, IT IS ORDERED: that Peter Hoffman's motion to continue his self-surrender date is hereby GRANTED; Peter Hoffman is hereby ordered to self-surrender to the designated institution by 12:00 p.m. on July 20, 2021.[1] IT IS FURTHER ORDERED:

---

[1] Mr. Hoffman also argues that his self-surrender date should be continued indefinitely until after his pending appeal of his resentencing is resolved. The Court need not reach this

1

that the Probation Officer shall advise Mr. Hoffman of the name and location of the institution in which he is to serve his sentence within a reasonable time prior to July 20, 2021.[2]

New Orleans, Louisiana, April 14, 2021

_____
MARTIN L.C. FELDMAN
U.S. DISTRICT JUDGE

---

alternative ground for continuing Mr. Hoffman's self-surrender date. Any future requests to continue Mr. Hoffman's self-surrender date shall indicate whether and when Mr. Hoffman has received any COVID-19 vaccine.

[2] Insofar as Mr. Hoffman requests at the conclusion of his motion that the Court continue the hearing on his post-conviction motions until June, the request is DENIED as moot; the Court has already done so. See Order dtd. 3/10/21 (continuing the hearing on the post-conviction motions until June 23, 2021, at 1:30 p.m.).