UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| v. | NO. 14-022 |
| PETER M. HOFFMAN, ET AL. | SECTION F |

ORDER

IT IS ORDERED: that the hearing on the defendants' motions to vacate convictions (Rec.Docs. 897, 929) and on the motions for enforcement of discovery orders (Rec.Docs. 918, 927), presently set for June 23, 2021, is hereby continued to 1:30 p.m. on July 28, 2021.

New Orleans, Louisiana, June 1, 2021

MARTIN L.C. FELDMAN
U.S. DISTRICT JUDGE