UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| v. | NO. 14-022 |
| PETER M. HOFFMAN, ET AL. | SECTION F |

ORDER

Before the Court is Peter Hoffman's motion to continue his self-surrender date. Mr. Hoffman refers the Court to the March 2021 hearing before the U.S. Fifth Circuit Court of Appeals in which a panel of the appellate court heard oral argument on his challenge to the Court's imposition of a custodial sentence upon resentencing. The government defers to the Court regarding the request to continue.

It is preferable for the Fifth Circuit to resolve the pending appeal before Mr. Hoffman is ordered to surrender to BOP custody and before the Court considers the post-conviction/post-sentencing motions. Accordingly, IT IS ORDERED: that Peter Hoffman's motion to continue his self-surrender date is hereby GRANTED; Peter

1

Hoffman is hereby ordered to self-surrender to the designated institution by 12:00 p.m. on September 28, 2021.  IT IS FURTHER ORDERED: that the Probation Officer shall advise Mr. Hoffman of the name and location of the institution in which he is to serve his sentence within a reasonable time prior to September 28, 2021.

IT IS FURTHER ORDERED: that the hearing on the defendants' motions to vacate convictions (Rec.Docs. 897, 929) and on the motions for enforcement of discovery orders (Rec.Docs. 918, 927), presently set for July 28, 2021, is hereby continued to 2:00 p.m. on September 23, 2021.

New Orleans, Louisiana, July 7, 2021

*[signature]*
MARTIN L.C. FELDMAN
U.S. DISTRICT JUDGE