UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 14-22** |
| **v.** | * | **SECTION: "F"** |
| **PETER M. HOFFMAN** | * | |
| | * | |

\* \* \*

### UNITED STATES' RESPONSE TO PETER HOFFMAN'S MOTION FOR CONTINUATION OF SELF-SURRENDER DATE (REC. DOC. 995)

The government again respectfully defers to the Court with regard to the defendant's request for continuation of his self-surrender date. However, for the record, the government does not agree with the merits arguments propounded by the defendant as reflected in the outstanding litigation between the parties.

Respectfully submitted,

DUANE A. EVANS
UNITED STATES ATTORNEY

*s/ G. Dall Kammer*
G. DALL KAMMER (26948)
ANDRE J. LAGARDE (28649)
Assistant United States Attorneys
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Telephone: (504) 680-3168
Email: dall.kammer@usdoj.gov

### CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all defense counsel of record.

*s/ G. Dall Kammer*
G. DALL KAMMER
Assistant United States Attorney