UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 14-22** |
| **v.** | * | **SECTION: "F"** |
| **PETER M. HOFFMAN** | * | |
| | * | |

\* \* \*

### UNITED STATES' RESPONSE TO PETER HOFFMAN'S MOTION FOR CONTINUATION OF SELF-SURRENDER DATE (REC. DOC. 999)

The government again respectfully defers to the Court regarding the defendant's request for continuation of his self-surrender date. However, for the record, the government does not agree with the merits arguments propounded by the defendant as reflected in the outstanding litigation between the parties.

Regarding the defendant's request that the March 16, 2022 hearing on outstanding motions not be continued if the Fifth Circuit has not ruled by that date (Rec. Doc. 999-1 at 3-4), the government shares this Court's opinion that it is preferable for the Fifth Circuit to resolve the pending appeal before the Court considers the pending post-conviction and post-sentencing motions. *See* September 9, 2021 Order (Rec. Doc. 997); and November 5, 2021 Order (Rec. Doc. 998). The defendant's observations about the Fifth Circuit's timing in releasing an opinion are speculative. The Fifth Circuit has not requested additional information at this time, and the most

prudent course is to await a decision before proceeding.[1]

                   Respectfully submitted,

                   DUANE A. EVANS
                   UNITED STATES ATTORNEY

                   *s/ G. Dall Kammer*
                   G. DALL KAMMER (26948)
                   ANDRE J. LAGARDE (28649)
                   Assistant United States Attorneys
                   650 Poydras Street, Suite 1600
                   New Orleans, Louisiana 70130
                   Telephone: (504) 680-3168
                   Email: dall.kammer@usdoj.gov

## **CERTIFICATE OF SERVICE**

   I hereby certify that on December 14, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all defense counsel of record.

                   *s/ G. Dall Kammer*
                   G. DALL KAMMER
                   Assistant United States Attorney

---

[1] It also bears mentioning that the defendant raised his *Brady* allegations in both the first and second appeal.