UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| v. | **NO. 14-22** |
| **PETER M. HOFFMAN, ET AL.** | **SECTION L** |

## ORDER

Considering Defendant Peter Hoffman's Motion to Continue Self-Surrender Date, R. Doc. 1006, and the Government's response, R. Doc. 1008,

**IT IS ORDERED** that the Motion is **GRANTED** and that Mr. Hoffman's self-surrender date is **CONTINUED** until **fourteen (14) days** after final adjudication of his pending appeal.

New Orleans, Louisiana, this 26th day of April, 2022.

_____
UNITED STATES DISTRICT JUDGE