UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| v. | NO. 14-22 |
| PETER M. HOFFMAN, ET AL. | SECTION L |

### ORDER

Considering Defendant Peter Hoffman's Motion for Reconsideration, R. Doc. 1011, and the Government's response, R. Doc. 1012,

The Court finds that a hearing on the Motion is unnecessary. The Court will consider the Motion on the papers. Accordingly,

**IT IS ORDERED** that the hearing set for May 26, 2022 at 2:00 PM is **CANCELED**.

New Orleans, Louisiana, this 23rd day of May, 2022.

_____
UNITED STATES DISTRICT JUDGE