UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| v. | NO. 14-22 |
| PETER M. HOFFMAN, ET AL. | SECTION L |

### ORDER

Considering Defendant Peter Hoffman's Motion for Reconsideration, R. Doc. 1011, and the Government's response, R. Doc. 1012,

**IT IS ORDERED** that the Motion is **DENIED**. The Court's prior Order regarding Mr. Hoffman's self-surrender date, R. Doc. 1010, will remain in effect.

New Orleans, Louisiana, this 26th day of May, 2022.

*[signature]*
UNITED STATES DISTRICT JUDGE