UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| v. | NO. 14-22 |
| PETER M. HOFFMAN, ET AL. | SECTION L |

### ORDER AND REASONS

The Court has before it Defendant Peter Hoffman's Motion for Certificate of Appealability, R. Doc. 1029. A certificate of appealability will be issued "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2); *see Miller–El v. Cockrell*, 537 U.S. 322, 330 (2003); *Foster v. Quarterman*, 466 F.3d 359, 364 (5th Cir. 2006). The applicant makes a substantial showing if it is demonstrated "that jurists of reason could debate the propriety of the district court's assessment of his constitutional claims or conclude that his claims 'are adequate to deserve encouragement to proceed further.'" *United States v. Wainwright*, 237 Fed. App'x 913, 914 (5th Cir.2007) (quoting *Miller–El*, 537 U.S. at 327); *see Foster*, 466 F.3d at 364. Defendant has failed to make "a substantial showing of the denial of a constitutional right" as required under 28 U.S.C. § 2253(c)(2).  Accordingly;

**IT IS ORDERED** that Defendant's motion is **DENIED**.

New Orleans, Louisiana, this 6th day of February, 2023.

_____
UNITED STATES DISTRICT JUDGE