# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 30, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-30117   USA v. Hoffman
                    USDC No. 2:23-CV-745

The court has granted appellant's motion to reinstate the appeal.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Majella A. Sutton, Deputy Clerk
                              504-310-7680

Mr. Kevin G. Boitmann
Ms. Diane Hollenshead Copes
Mr. Gaven Dall Kammer
Mr. Andre Jude Lagarde
Ms. Carol L. Michel
Mr. Philip H. Stillman