UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| v. | **NO. 14-22** |
| **PETER M. HOFFMAN, ET AL.** | **SECTION L** |

## ORDER

The Court has before it Defendant Peter Hoffman's Motion for Reconsideration re: R. Doc. 1043 Order (R. Doc. 1044) and his Addendum to Motion (R. Doc. 1045).  Having considered this motion and its addendum;

**IT IS ORDERED** that Defendant's Motion for Reconsideration is **DENIED** as moot;

**IT IS FURTHER ORDERED** that Defendant is to surrender to the designated institution on or before 12:00 P.M. P.S.T. on August 17, 2023.

_____
UNITED STATES DISTRICT JUDGE