UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | * | CRIMINAL ACTION |
|---|---|---|
| VERSUS | * | NO. 14-22 |
| PETER M. HOFFMAN | * | SECTION L |

### ORDER

On March 7, 2024, this Court issued an order and reasons, R. Doc. 1074, denying Mr. Hoffman's § 2255 Motion to Vacate, R. Doc. 1052. On March 21, 2024, Mr. Hoffman filed a notice of appeal into the record. R. Doc. 1076.

When a district court enters a final order adverse to a petition under 28 U.S.C. § 2255, the court must issue or deny a certificate of appealability. Rules Governing Section 2255 Proceedings, Rule 11(a). A court may issue a certificate of appealability only if the petitioner makes "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The "controlling standard" for a certificate of appealability requires the petitioner to show "that reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented [are] adequate to deserve encouragement to proceed further." *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003) (quoting *Slack v. McDaniel*, 529 U.S. 473, 484 (2000) (internal quotation marks omitted)).

Though the Court denied Mr. Hoffman's motion for relief, it also finds that at the very least, the issue presented by Mr. Hoffman "deserve[s] encouragement to proceed further." *Id.* The Court further finds "that reasonable jurists could debate whether" his petition could have been resolved differently. Accordingly, the Court will issue a certificate of appealability. *Id.*

New Orleans, Louisiana, this 2nd day of July, 2024.

                                                    UNITED STATES DISTRICT JUDGE